IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)     Civil Action No. MDL 875

This Document Relates To:

| | | |
|---|---|---|
| JOHN A. FADDISH and RUTH FADDISH, his wife | § § § § § § § § § § | *Transferred from:* <br><br> U.S. District Court for the Southern District of Florida, Palm Beach Division - Civil Action No. 08-80724 <br><br> Eastern District of Pennsylvania Civil Action No. 09-70626 |
| Plaintiff(s), | | |
| v. | | |
| BUFFALO PUMPS, et al. | | |
| Defendant(s). | | |

FILED
APR 2 8 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 22nd day of April, 2010, in accordance with Local Civil Rule 72.1 and 28 U.S.C. § 636(b)(1)(B), it is **HEREBY ORDERED** that the Motion for Summary Judgment of Defendant CBS Corporation[1] (Doc. 104) is referred to Chief United States Magistrate Judge Thomas J. Rueter, United States Magistrate Judge David R. Strawbridge, and United States Magistrate Judge Elizabeth T. Hey for a Report and Recommendation as to the issue of causation.[2]

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

---

[1] CBS Corporation (a Delaware corporation f/k/a Viacom Inc.) is a successor by merger to CBS Corporation (a Pennsylvania corporation f/k/a Westinghouse Electric Corporation).

[2] All other issues are reserved for the undersigned.