<u>ERRATA SHEET</u>

DEPOSITION OF:   THOMAS F. McCAFFERY, taken April 26, 2010

CASE STYLE:   Peter Constantinides and Elpis Constantanides v. Alfa Laval, et al.
CASE NO.:     USDC for the Eastern District of Pennsylvania, MDL Docket 875
              No.: 2:09-CV-70613 ER

and

CASE STYLE:   Ruth Faddish, and John Faddish v. Buffalo Pumps, et al.
CASE NO.:     USDC for the Eastern District of Pennsylvania, MDL Docket 875
              No.: 2:09-CV-70626 ER

I hereby certify by my dated signature that I have read the entire transcript of my deposition, or the same has been read to me. I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the signature line below, and authorize you to attach the same to the original transcript.

| PAGE NO. | LINE NO. | CORRECTION | REASON |
|---|---|---|---|
| 9 | 7 & 8 | Change "pump" to "regulator" | Correct reference |
| 17 | 14 | Change "isn't" to "aren't" | Clarity |
| 20 | 6 & 7 | Change "pump" to "regulator" | Correct reference |
| 33 | 9 | Delete "water" | Clarity |

THOMAS F. McCAFFERY

SWORN TO AND SUBSCRIBED to before me this 17th day of May, 2010 by Thomas F. McCaffery who is personally known to me.

Notary Public
Commonwealth of Virginia

My Commission Expires:

APR 30, 2014

RALPH HAMMOCK
Notary Public
Commonwealth of Virginia
My Commission Expires April 30, 2014
Commission ID# 266451

18453371v1  892774  59577