IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH FADDISH, Individually and as executrix of the estate of JOHN FADDISH, deceased, | : : : : : | CONSOLIDATED UNDER MDL 875 |
| Plaintiff, | : : | CIVIL ACTION NO. 09-70626 |
| v. | : : | |
| BUFFALO PUMPS, INC., et al., | : : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **13th** day of **August, 2010**, it is hereby **ORDERED** that the Report and Recommendation issued by Chief Magistrate Judge Thomas J. Rueter and Magistrate Judges David R. Strawbridge and Elizabeth T. Hey (doc. no. 162) as to the motion for summary judgment filed by defendant Elliot Turbomachinery, Inc., is **ADOPTED**, as no objections have been filed.

It is further **ORDERED** that Elliot Turbomachinery, Inc.'s motion for summary judgment (doc. no. 114) is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**