```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUTH FADDISH, Individually      :      CONSOLIDATED UNDER
and as executrix of the         :      MDL 875
estate of JOHN FADDISH,         :
deceased,                       :
                                :
     Plaintiff,                 :      CIVIL ACTION
                                :      NO. 09-70626
     v.                         :
                                :
BUFFFALO PUMPS, INC., et al.,   :
                                :
     Defendants.                :
```

### O R D E R

**AND NOW**, this **17th** day of **August, 2010** it is hereby **ORDERED** that Defendant Crane Co.'s Objections (doc. no. 177) to the Report and Recommendation (doc. no. 159) denying Crane Co.'s motion for summary judgment in the above captioned case are **OVERRULED**.

It is further **ORDERED** that the Panel's Report and Recommendation is adopted (doc. no. 159), and Crane Co.'s motion for summary judgment is **DENIED**.

**AND IT IS SO ORDERED.**

                              S/Eduardo C. Robreno
                              _____
                              **EDUARDO C. ROBRENO, J.**