IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH FADDISH, Individually and as executrix of the estate of JOHN FADDISH, deceased, | : : : : : | CONSOLIDATED UNDER MDL 875 |
| Plaintiff, | : : | CIVIL ACTION NO. 09-70626 |
| v. | : : : | Transferred from the Southern District of Florida |
| GENERAL ELECTRIC CO. ET AL., | : : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **21st** day of **October 2010** it is hereby **ORDERED** that Defendant General Electric's Objections to the Magistrate Judges' Report and Recommendation (doc. no. 189) filed on June 16, 2010 are **OVERRULED**.

It is further **ORDERED** that General Electric's Motion for Summary Judgment (doc. no. 105), filed on January 29, 2010 is **GRANTED**.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**