IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH FADDISH, Individually and as executrix of the estate of JOHN FADDISH, deceased, | : : : : : | CONSOLIDATED UNDER MDL 875 |
| Plaintiff, | : : | CIVIL ACTION NO. 09-70626 |
| v. | : : : : | Transferred from the Southern District of Florida |
| WARREN PUMPS, LLC, ET AL., | : : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **21st** day of **October 2010** it is hereby **ORDERED** that Defendant Warren Pumps, LLC's Objections to the Magistrate Judges' Report and Recommendation (doc. no. 180) filed on May 14, 2010 are **OVERRULED**.

It is further **ORDERED** that Warren Pumps, LLC's Motion for Summary Judgment (doc. no. 111), filed on February 1, 2010 is **DENIED**.

**AND IT IS SO ORDERED.**

**S/Eduardo C. Robreno**

**EDUARDO C. ROBRENO, J.**