UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
09-70626-CIV-ER

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | } } } } } } | MDL DOCKET NO. 875 |
| THIS DOCUMENT RELATES TO: | } | |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RUTH FADDISH, Individually, and
as Personal Representative of the
Estate of JOHN FADDISH, deceased,

      **Plaintiff,**

v.

**GENERAL ELECTRIC CO., et al.,**

      **Defendants.**
_____/

(Judge Eduardo C. Robreno)

Transferor District Court:
S.D. Fla. Docket No.
No. 08-80724

## NOTICE OF APPEAL

Notice is hereby given that RUTH FADDISH, Individually and as Personal Representative of the Estate of JOHN FADDISH, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order denying Plaintiff's Motion for Extension of Time to File Motion for Reconsideration (D.E. 214), entered in this action on the 22nd day of November, 2010.

Respectfully Submitted,

By: _____
Melissa Damian Visconti, Esq.,
Fl. Bar No. 0068063
4000 Ponce de Leon Blvd., Suite 700
Miami, Florida 33146
(Tel) (305) 375-0111
(Fax) (305) 379-6222
Email: mdv@ferrarolaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

THE FERRARO LAW FIRM, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146
Telephone: 305-375-0111
Facsimile: 305-379-6222

BY: _____
Melissa D. Visconti, Esq.
Fla. Bar No. 0068063
*Counsel for Plaintiffs*